IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01449-REB-KLM

LEANN RIEB,

     Plaintiff,

v.

SHAD'S STEAKHOUSE., D/B/A ATWOOD STEAKHOUSE, a Colorado corporation,
BRANDON SCHADEGG,
CURTIS SCHADEGG, and
ANGELA SCHADEGG, n/k/a Angela Lederhos,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to Vacate Scheduling/Planning Conference and Reschedule** [Docket No. 10; Filed August 14, 2009] (the "Motion").  As a preliminary matter, the Court notes that the Motion is singled spaced and does not comply with D.C. Colo. L. Civ. R. 10.1(E).  Future motions which do not comply will be denied.

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for August 24, 2009 at 11:00 a.m. is **vacated** and **RESET** to **October 20, 2009 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.  Deadline for submission of the proposed scheduling order is on or before **October 15, 2009**.

     Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **October 15, 2009**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

     Anyone seeking entry into the Byron G. Rogers United States Courthouse must

show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

Dated:  August 14, 2009